# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VIABLE RESOURCES, INC.,

    Plaintiff,

v.                                                        Case No: 8:16-cv-2669-T-30JSS

KAREN BELYEA,

    Defendant.

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation submitted by Magistrate Judge Julie S. Sneed (Dkt. #34) and Plaintiff's objection (Dkt. #35) to the Report and Recommendation.

After careful consideration of the Report and Recommendation, Plaintiff's written objection, and an independent examination of the file, the Court concludes that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation (Dkt. #34) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Preliminary Injunction (Dkt. #3) is DENIED.

2

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of December, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\Odd\2016\16-cv-2669 adopt 34.docx